**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) CRIMINAL NO. 07-30101-01-GPM |
| JOSE LUIS PAREDES-MEDINA, | ) ) ) |
| Defendant. | ) |

## ORDER AND NOTICE OF SENTENCING

**MURPHY, Chief District Judge:**

Defendant Jose Luis Paredes-Medina pleaded guilty to Count One of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **Monday, November 26, 2007, at 10 a.m.,** at the East St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED: 9/12/07

s/ *G. Patrick Murphy*
G. Patrick Murphy
Chief United States District Judge